**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OLYMPIC AND PARALYMPIC
COMMITTEE,

       Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

       Defendants.

Case No. 1:24-cv-08973

Judge Jeremy C. Daniel

Magistrate Judge Sheila M. Finnegan

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|-----|-----------|
| 88 | HH Clothing |
| 8 | IEatfor2 |
| 151 | Soini |
| 106 | KuKuTIE |
| 158 | Sticker Melody |
| 22 | TianMMM22X |
| 11 | Liuxam |
| 73 | Free Choice Bird |
| 48 | CharmingLadies |
| 9 | Joinshow store |
| 95 | HTWANG |
| 163 | Tender Is The Moon |
| 164 | Tender Is The Night |
| 2 | Fanny Harte |
| 34 | ZHANGRUNQI |
| 81 | Gift Something |
| 103 | JSM |
| 68 | Fantastical Fun |
| 144 | Relaxed Retreat |
| 130 | NEVER STOP JEWELRY |

| 50 | Chic Avenue Outfit |
|---|---|
| 194 | YUM SHOP |
| 185 | Whats wrong |
| 112 | Love Lemon |
| 37 | BAIMAN |
| 21 | SLHKPNS |
| 63 | ELY |
| 60 | DJN |
| 89 | HI Costume Party |
| 79 | GentsGarb Galore |
| 111 | Loudadaya |
| 159 | StylishPrints Tee Gallery |
| 5 | haerbinbohengyunshuyouxiangongsi |
| 47 | Charm womens clothing |
| 49 | Chenmeng Clothing |
| 165 | The Perfect Girls Diary |
| 134 | Open field menswear |
| 67 | facaizu |
| 83 | global man |
| 84 | Goobig |
| 109 | longdashiye |
| 131 | Night TV |
| 133 | Oasis |
| 82 | GLO |
| 154 | Startwinkle |
| 155 | Starwarer |
| 156 | Starworrier |
| 157 | Stay time |
| 167 | Thread Style |
| 108 | Liweiya |
| 102 | Jo club |
| 59 | D Y H L Y C |
| 61 | DROSESINLOVE |
| 192 | Your smart |
| 126 | MUI |
| 193 | YOZO STUDIO |
| 74 | FRESH TEE DESIGNS |
| 93 | Hi Signal Steer |
| 92 | Hi RealMan |
| 91 | Hi Dapper Gent |
| 145 | RUDEBOY |
| 147 | SHEMuses |
| 104 | JSMM |
| 197 | ZYF Style |

| | |
|---|---|
| 115 | MAMA VIBES |
| 12 | LIXINGOOD |
| 39 | Bed Time |
| 58 | CY kids |
| 190 | xilixili |
| 169 | TOP WOMENS |
| 23 | TRISEASY |

DATED:  October 31, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 31, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt