**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No. 1:24-cv-08973

Judge Jeremy C. Daniel

Magistrate Judge Sheila M. Finnegan

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 35 | Bai Yi da mens clothing |
| 94 | Hope T Shirt |
| 129 | Naughty brand |
| 33 | ZFJSZMHH |
| 132 | Nuwdhp |
| 128 | Natural curly Lady |
| 13 | Mopyt Direct |
| 4 | foshanshilingmolongshangmaoyouxiangongsi |
| 137 | Pearl Glow |
| 116 | Mantanghuang |
| 75 | FSSZH Clothing |
| 178 | VitaFith |
| 172 | TUOTUOFUSHI |

| | |
|---|---|
| 30 | xuwenquan |
| 105 | JXRY |
| 120 | Mensdesign |
| 187 | WONDERGIFT |
| 143 | Really Suitable |
| 44 | Bowknot Mori |
| 124 | MON AMOUR |
| 138 | Pearl Radiance |
| 26 | Vavyrtle |
| 121 | mensky |
| 25 | Uaqqx Store |

DATED: November 10, 2024        Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 10, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                        */s/ Keith A. Vogt*
                                                        Keith A. Vogt